MINUTE ENTRY            9:10 a.m.

PATTI C. BALLONE, et al -vs- BERT MONTGOMERY, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Gilbert Birnbrich, Law Clerk
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    Douglas Cushnie, Attorney for Plaintiffs
    Timothy Bellas, Attorney for Plaintiffs
    Timothy Treadwell, Attorney for Ballone Plaintiffs (via phone)
    Glenn Sato, Attorney for Defendants JLH Pacific Trust (via phone)
    Brian Sers Nicholas, Attorney for Defendants (JLH Pacific Trust)
    Michael Dotts, Attorney for Defendants
    Bert Douglas Montgomery, Pro Se

PROCEEDINGS: MOTIONS

 Attorneys Douglas Cushnie and Timothy Bellas were present on behalf of the Plaintiffs. Attorney Timothy Treadwell appeared by phone on behalf of the Plaintiffs.  Defendants were represented by Attorneys Brian Sers Nicholas and Michael Dotts. Alson appearing, by phone, on behalf of the Defendants was Attorney Glenn Sato. Defendant  Bert Douglas Montgomery appeared Pro Se.

 Attorney Timothy Treadwell stated that he felt that mediation would be appropriate.  Attorney Bellas suggested that several matters needed to be attended to prior to mediation.

 Attorney Dotts announced how much money the Calvo's had deposited into the account.  Further, Attorney Dotts moved to file an amended complaint in this matter, all counsel stipulated, and Court granted the motion.

 Court, after hearing all argument, thanked the attorneys for their work on this case and stated that a notice of ruling and future handling of this matter would be forthcoming.

        Adjourned 9:45 a.m.


;   [KLL EOD 11/20/2003]