| | |
|---|---|
| 1 | **BRIEN SERS NICHOLAS, ESQ.**<br>**Attorney At Law** |
| 2 | 1st Floor, UIU Bldg., San Jose Village<br>P.O. Box 502876 |
| 3 | Saipan, MP 96950<br>Telephone Nos: (670)235-7190/1 |
| 4 | Facsimile No: (670)235-7192 |



F I L E D
Clerk
District Court

NOV 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**GLENN K. SATO      2176-0**
**Attorney At Law**
Central Pacific Plaza, Ste. 600
220 South King Street
Honolulu, Hawaii   96813
Telephone No. (808) 537-1625

Attorneys for Defendant
    JLH PACIFIC TRUST

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

PATTI C. BALLONE, et al.,            )   CIVIL ACTION NO. CV 03-0013
                                     )
            Plaintiffs,              )
                                     )
       v.                            )
                                     )
BERT MONTGOMERY, et al.,             )
                                     )
            Defendants.              )
_____)
                                     )   **PROOF OF PUBLICATION OF**
DAVID H. SCHMIDT, et al.,            )   **SERVICE OF PROCESS UPON**
                                     )   **THIRD-PARTY DEFENDANT**
            Plaintiffs,              )   **ENTRUST ADMINISTRATION, INC.**
                                     )
       v.                            )
                                     )
BERT DOUGLAS MONTGOMERY, et al.      )
                                     )
            Defendants,              )
                                     )
       v.                            )
                                     )
UNITED FOREX INVESTORS, et al.,      )
                                     )
            Third-Party              )
            Defendants.              )
_____)

        Comes now, JLH PACIFIC TRUST, by and through its attorneys, Brien Sers

Nicholas, Attorney At Law, and Glenn K. Sato, Attorney At Law, for submission of Proof of

1 | Publication of Service of Process Upon Third-Party <u>Defendant Entrust Administration, Inc.</u> attached
2 | hereto.

Dated this _16th_ day of _November_, 2005, on Saipan, CNMI.

> BRIEN SERS NICHOLAS (F0163)
> GLENN K. SATO (2176-0)
>
> Attorneys for JLH PACIFIC TRUST

# Oakland Tribune

c/o ANG Newspapers
401 13th Street
Oakland, CA 94612
Legal Advertising
(800) 595-9595 opt.4

GLENN K. SATO-ATTY AT LAW
CENTRAL PACIFIC PLAZA,220 SO. KING STREET,
SUITE 600
HONOLULU HI 96813

# PROOF OF PUBLICATION

### FILE NO.   CV 03-0013

In the matter of

**JLH PACIFIC TRUST**

The Oakland Tribune

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Oakland Tribune, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that The Oakland Tribune is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated December 6, 1951, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Oakland Tribune as a Newspaper of General Circulation, Case Number 237798. Said order states that "The Oakland Tribune is a newspaper of general circulation within the City of Oakland, and the County of Alameda, and the State of California, within the meaning and intent of Chapter 1, Division 7, Title 1 [§§ 6000 et seq.], of the Government Code of the State of California. "Said order has not been revoked, vacated, or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:
**10/4/05, 10/11/05, 10/18/05, 10/25/05**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____
Public Notice Advertising Clerk

---

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS SUMMONS**

TO: ENTRUST ADMINISTRATION, INC.

Pursuant to a March 23, 2004, Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication, YOU ARE HEREBY NOTIFIED THAT Defendant JLH PACIFIC TRUST has filed a First Amended Counterclaim, Crossclaim and Third-Party Complaint in Civil Case NO. CV 03-0013 for determination of your right, title and interest to certain interplead funds together with such other relief as the Court deems just.

YOU ARE HEREBY SUMMONED and required to serve upon JLH PACIFIC TRUST'S Attorney:
BRIEN SERS NICHOLAS
1st Floor, UIU Building
San Jose Village
Saipan, MP 96950

an answer to the First Amended Counterclaim, Crossclaim and Third Party Complaint within twenty (20) days after the date of this published notice. If you fail to do so, judgement by default will be taken against you for the relief demanded in the First Amended Counterclaim, Crossclaim and Third Party Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Publication of Summons ordered by Judge Alex R. Munson pursuant to Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication dated March 23, 2004.

The Oakland Tribune, #569658
October 4, 11, 18, 25, 2005