1    **BRIEN SERS NICHOLAS, ESQ.**
      **Attorney At Law**

2    1st Floor, UIU Bldg., San Jose Village
      P.O. Box 502876

3    Saipan, MP 96950
      Telephone Nos: (670)235-7190/1

4    Facsimile No: (670)235-7192

5

6    **GLENN K. SATO    2176-0**
      **Attorney At Law**

7    Central Pacific Plaza, Ste. 600
      220 South King Street

8    Honolulu, Hawaii   96813
      Telephone No. (808) 537-1625

9    Attorneys for Defendant
        JLH PACIFIC TRUST

10

11          **IN THE UNITED STATES DISTRICT COURT**
       **FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS**

12

13    PATTI C. BALLONE, *et al.*,          )    **CIVIL ACTION NO. CV 03-0013**

14           Plaintiffs,

15          v.

16    BERT MONTGOMERY, *et al.*,

17           Defendants.

18    DAVID H. SCHMIDT, *et al.*,        **PROOF OF PUBLICATION OF**
                                     **SERVICE OF PROCESS UPON**

19           Plaintiffs,                  **THIRD-PARTY DEFENDANT**
                                     **DAVID HOWELL**

20          v.

21

22    BERT DOUGLAS MONTGOMERY, *et al.*,

23           Defendants,

24          v.

25    UNITED FOREX INVESTORS, *et al.*,

26           Third-Party
           Defendants.

27

28

F I L E D
Clerk
District Court

NOV 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    Comes now, JLH PACIFIC TRUST, by and through its attorneys, Brien Sers

2  Nicholas, Attorney At Law, and Glenn K. Sato, Attorney At Law, for submission of Proof of

3  Publication of Service of Process upon Third-Party Defendant David Howell attached hereto.

4    Dated this _16th_ day of _November_, 2005, on Saipan, CNMI.

5

6

7

8    BRIEN SERS NICHOLAS  (F0163)
     GLENN K. SATO (2176-0)
9

10   Attorneys for JLH PACIFIC TRUST

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*IN THE MATTER OF*

CIVIL NO. CV 03-0013

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS**
**SUMMONS**
**TO: DAVID HOWELL**
    Pursuant to a March 23, 2004 Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication, YOU ARE HEREBY NOTIFIED THAT Defendant JLH PACIFIC TRUST has filed a First Amended Counterclaim, Crossclaim and Third-Party Complaint in Civil Case No. CV 03-0013 for determination of your right, title and interest to certain interplead funds together with such other relief as the Court deems just.
    YOU ARE HEREBY SUMMONED and required to serve upon JLH PACIFIC TRUST'S Attorney:
BRIAN SERS NICHOLAS
1st Floor, UIU Building
San Jose Village
Saipan, MP 96950
an answer to the First Amended Counterclaim, Crossclaim and Third-Party Complaint within twenty (20) days after the date of this published notice. If you fail to do so, judgment by default will be taken against you for the relief demanded in the First Amended Counterclaim, Crossclaim and Third-Party Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.
    Publication of Summons ordered by Judge Alex R. Munson pursuant to Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication dated March 23, 2004.
(Hon. Adv.: Sept. 30; Oct. 7, 14, 2005)  (A-249294)

*AFFIDAVIT OF PUBLICATION*

STATE OF HAWAII
City and County of Honolulu

$ss.$

    Jane Kawasaki                                *being duly sworn,*
*deposes and says that she is a clerk, duly authorized to*
*execute this affidavit of  THE HONOLULU ADVERTISER, a division*
*of GANNETT PACIFIC CORPORATION,  that said newspaper is a*
*newspaper of general circulation in the State of Hawaii, and  that*
*the attached notice is a true notice as was published in the*
*aforereferenced  newspaper  as  follows:*

*The Honolulu Advertiser:*                *3*                *time(s), on*
        *09/30/2005,*
        *10/07/2005, 10/14/2005*

*and that affiant is not a party to or in any way interested in the above*
*entitled matter.*

*Subscribed and sworn to before me this  14th  day of  October A.D. 2005.*

*Notary Public of the First Judicial Circuit*

*State of Hawaii*

*My commission expires*  March 7, 2008

ELSIE A. MARUYAMA
NOTARY
PUBLIC
STATE OF HAWAII