1  BRIEN SERS NICHOLAS, ESQ.
   Attorney At Law
2  1st Floor, UIU Bldg., San Jose Village
   P.O. Box 502876
3  Saipan, MP 96950
   Telephone Nos: (670)235-7190/1
4  Facsimile No: (670)235-7192

5

   GLENN K. SATO       2176-0
6  Attorney At Law
   Central Pacific Plaza, Ste. 600
7  220 South King Street
   Honolulu, Hawaii   96813
8  Telephone No. (808) 537-1625

9  Attorneys for Defendant
        JLH PACIFIC TRUST
10

```
                    F I L E D
                       Clerk
                    District Court

                    NOV 17 2005

           For The Northern Mariana Islands
           By_____
                      (Deputy Clerk)
```

11              IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS
12

13 PATTI C. BALLONE, et al.,            )   CIVIL ACTION NO. CV 03-0013
                                        )
14         Plaintiffs,                  )
                                        )
15         v.                           )
                                        )
16 BERT MONTGOMERY, et al.,             )
                                        )
17         Defendants.                  )
   _____)
18                                      )   PROOF OF PUBLICATION OF
   DAVID H. SCHMIDT, et al.,            )   SERVICE OF PROCESS UPON
19                                      )   THIRD-PARTY DEFENDANTS
           Plaintiffs,                  )   THOMAS LOVELESS AND
20                                      )   RUTH LOVELESS
           v.                           )
21                                      )
   BERT DOUGLAS MONTGOMERY, et al.      )
22                                      )
           Defendants,                  )
23                                      )
           v.                           )
24                                      )
   UNITED FOREX INVESTORS, et al.,      )
25                                      )
           Third-Party                  )
26         Defendants.                  )
   _____)
27
        Comes now, JLH PACIFIC TRUST, by and through its attorneys, Brien Sers
28
   Nicholas, Attorney At Law, and Glenn K. Sato, Attorney At Law, for submission of Proof of

Publication of Service of Process upon <u>Third-Party Defendants Thomas Loveless and Ruth Loveless</u> attached hereto.

Dated this 16th day of November, 2005, on Saipan, CNMI.

BRIEN SERS NICHOLAS (F0163)
GLENN K. SATO (2176-0)

Attorneys for JLH PACIFIC TRUST

# PROOF OF PUBLICATION

Central Pacific Plaza

CV 03-0013

Ad Number #    961839

Attach copy of advertisement here

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS
SUMMONS
To: Thomas Loveless and Ruth Loveless
Pursuant to a March 23, 2004 Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication, You Are Hereby Notified That Defendant JLH Pacific Trust has filed a First Amended Counterclaim, Crossclaim and Third-Party Complaint in Civil Case No. CV 03.0013 for determination of your right, title and interest to certain interplead funds togehter with such other relief as the Court deems just.
You are hereby summoned and required to serve upon JLH Pacific Trust's Attorney:
Brien Sers Nicholas
1st Floor, UIU Building
San Jose Village
Saipan, MP 96950
an answer to the First Amended Counterclaim, Crossclaim and Third-Party Complaint by November 7th. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Publication of summons ordered by Judge Alex R. Munson pursuant to Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication dated March 23, 2004.
10/4,11,18/2005 ....No. 961839

SS:

Charge for Publication    $ 111.30 / PAID

On this    **Wednesday, October 19, 2005**    before me the undersigned personally came Lorna Moore who swears that she is clerk of the Lafayette Journal and Courier, a newspaper of general circulation, printed and published in the city of Lafayette, in said County; and that the advertisement in the above entitled cause, whereof a true copy appears in the margin hereof, was duly and legally published in the Daily issue of said newspaper by insertions, to-wit. The first insertion being on :**October 04, 2005**

The second on:    10/11/2005

The third on:    10/18/2005

The fourth on:

*Lorna Moore*

Subscribed and sworn to before me on this day of :

Wednesday, October 19, 2005

Notary Public

R. GLEN VICK, JR.
NOTARY PUBLIC STATE OF INDIANA
TIPPECANOE COUNTY
MY COMMISSION EXPIRES JULY 14, 2008