ORIGINAL

GLENN K. SATO   2176-0
**Attorney At Law**
Central Pacific Plaza, Ste. 600
220 South King Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-1625

**BRIEN SERS NICHOLAS**
**Attorney at Law**
1ST Floor, UIU Bldg., San Jose Village
P.O. Box 502876
Saipan, MP 96950
Telephone Nos.: (670) 235-7190/1
Facsimile No. (670)235-7192

Attorneys for Defendant
    JLH PACIFIC TRUST

NOV 30 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)
       District Court Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, *et al.*,<br><br>         Plaintiffs,<br>     v.<br><br>BERT MONTGOMERY, *et al.*,<br><br>         Defendants.<br>―――――――――――――――――<br>DAVID H. SCHMIDT, *et al.*,<br><br>         Plaintiffs,<br>     v.<br><br>BERT DOUGLAS MONTGOMERY, *et al.*<br><br>         Defendants,<br>     v.<br><br>UNITED FOREX INVESTORS, *et al.*,<br><br>         Third-Party<br>         Defendants. | CIVIL ACTION NO. CV 03-0013<br><br><br><br><br><br>**JLH PACIFIC TRUST'S EX PARTE**<br>**REQUEST TO CLERK FOR**<br>**ENTRY OF DEFAULT OF THIRD-**<br>**PARTY DEFENDANTS**<br>**ENTRUST ADMINISTRATION, INC.,**<br>**THOMAS LOVELESS,**<br>**RUTH LOVELESS, and**<br>**DAVID HOWELL** |

**JLH PACIFIC TRUST'S EX PARTE REQUEST TO CLERK FOR ENTRY OF DEFAULT OF THIRD-PARTY DEFENDANTS ENTRUST ADMINISTRATION, INC., THOMAS LOVELESS, RUTH LOVELESS AND DAVID HOWELL**

JLH PACIFIC TRUST ("JLH"), by and through its attorneys, Brien Sers Nicholas, Attorney At Law and Glenn K. Sato, Attorney At Law, hereby requests that the Clerk of the above

1 | entitled Court to enter the default of Defendants Entrust Administration, Inc., Thomas Loveless,
2 | Ruth Loveless, and David Howell for failure to plead in response to or otherwise defend against
3 | JLH's Third-Party Complaint filed herein on September 2, 2003, as more fully set forth in the
4 | attached Affidavit.
5 |     This request is made pursuant to Rule 55(a) of the Federal Rules of Civil Procedure,
6 | the Declaration of Brien Sers Nicholas attached hereto and made a part hereof, and the records and
7 | files herein.
8 |     DATED this _30th_ day of November, 2005 at Saipan Commonwealth of the
9 | Northern Mariana Islands.

**BRIEN SERS NICHOLAS (F0163)**
**GLENN K. SATO (2176-0)**
Attorneys for JLH PACIFIC TRUST

2