Case 1:03-cv-00013   Document 239   Filed 11/30/2005   Page 1 of 2

Clerk
District Court

NOV 3 0 2005

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

**ORIGINAL**

**GLENN K. SATO    2176-0**
Attorney At Law
Central Pacific Plaza, Ste. 600
220 South King Street
Honolulu, Hawaii  96813
Telephone No. (808) 537-1625

**BRIEN SERS NICHOLAS**
Attorney at Law
1ST Floor, UIU Bldg., San Jose Village
P.O. Box 502876
Saipan, MP 96950
Telephone Nos.: (670) 235-7190/1
Facsimile No. (670)235-7192

Attorneys for Defendant
     JLH PACIFIC TRUST

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>BERT MONTGOMERY, *et al.*,<br>　　　　　Defendants.<br>DAVID H. SCHMIDT, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>BERT DOUGLAS MONTGOMERY, *et al.*<br>　　　　　Defendants,<br>　　v.<br>UNITED FOREX INVESTORS, *et al.*,<br>　　　　　Third-Party<br>　　　　　Defendants. | CIVIL ACTION NO. CV 03-0013<br><br>**AFFIDAVIT OF<br>BRIEN SERS NICHOLAS** |

### AFFIDAVIT OF BRIEN SERS NICHOLAS

BRIEN SERS NICHOLAS, being first duly sworn on oath, deposes and says:

1.　　　Affiant is duly licensed to practice law in the United States District Court for the District of the Northern Mariana Islands and is the attorney for JLH Pacific Trust ("Trust") in

1

1. the above entitled action, and makes this Affidavit in support of the Trust's Ex Parte Request to Clerk for Entry of Default against Defendants Entrust Administration, Inc., Thomas Loveless, Ruth Loveless and David Howell (collectively "Defendants").

2. JLH's Third-Party Complaint filed herein on September 9, 2003 was served by publication upon Defendants as set forth in Proofs of Publication of Service of Process Upon Third-Party Complaint filed on November 17, 2005.

3. In accordance with Rule 12(a), Federal Rules of Civil Procedure, Defendant Entrust Administration, Inc.'s answer or other response was due on November 14, 2005, Defendants Thomas Loveless and Ruth Loveless' answer or other response was due on November 7, 2005 and David Howell's answer or other response was due on November 3, 2005.

4. Defendants have failed to plead or otherwise defend.

5. Defendants are not an infant, incompetent person, nor is he in the military service of the United States.

Further Affiant sayeth naught.

_____  11/30/05
BRIEN SERS NICHOLAS  (CNMI Bar #F0163)

Subscribed and sworn to before me this 30th day of November, 2005.

_____
Notary Public
**ROSEMARIE I. LAZARO**
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: 8/25/2007

