Case 1:03-cv-00013  Document 240  Filed 11/30/2005  Page 1 of 2

FILED
Clerk
District Court

NOV 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  GLENN K. SATO    2176-0
   Attorney At Law
2  Central Pacific Plaza, Ste. 600
   220 South King Street
3  Honolulu, Hawaii  96813
   Telephone No. (808) 537-1625
4
   BRIEN SERS NICHOLAS
5  Attorney at Law
   1ST Floor, UIU Bldg., San Jose Village
6  P.O. Box 502876
   Saipan, MP 96950
7  Telephone Nos.: (670) 235-7190/1
   Facsimile No. (670)235-7192
8
   Attorneys for Defendant
9      JLH PACIFIC TRUST

10
11          IN THE UNITED STATES DISTRICT COURT
                        FOR THE
12               NORTHERN MARIANA ISLANDS

13  PATTI C. BALLONE, *et al.*,         )   CIVIL ACTION NO. CV 03-0013
                                        )
14           Plaintiffs,                )
        v.                              )
15                                      )
    BERT MONTGOMERY, *et al.*,          )
16                                      )
             Defendants.                )   ENTRY OF DEFAULT OF
17  _____)   THIRD-PARTY DEFENDANTS
    DAVID H. SCHMIDT, *et al.*,         )   ENTRUST ADMINISTRATION, INC.,
18                                      )   THOMAS LOVELESS,
             Plaintiffs,                )   RUTH LOVELESS, and
19      v.                              )   DAVID HOWELL
                                        )
20  BERT DOUGLAS MONTGOMERY, *et al.*   )
                                        )
21           Defendants,                )
        v.                              )
22                                      )
    UNITED FOREX INVESTORS, *et al.*,   )
23                                      )
             Third-Party                )
24           Defendants.                )
    _____)

25      **ENTRY OF DEFAULT OF OF THIRD-PARTY DEFENDANTS ENTRUST
         ADMINISTRATION, INC., THOMAS LOVELESS, RUTH LOVELESS,
26                         and DAVID HOWELL**

27       It appearing that Defendants Entrust Administration, Inc., Thomas Loveless, Ruth

28  Loveless and David Howell are in default for failure to plead or otherwise defend as required by law,

1  DEFAULT IS HEREBY ENTERED as against Defendants Entrust Administration, Inc., Thomas Loveless, Ruth Loveless and David Howell this **30TH** day of **NOVEMBER**, 2005.

GALO L. PEREZ
Clerk of Court

~~(BY) Deputy Clerk of Court~~

RECEIVED

NOV 30 2005

District Court
For The Northern ...

4