ORIGINAL

F I L E D
Clerk
District Court

DEC 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5

6  *Attorney for Defendants Paul Calvo, Edward Calvo and Thomas JM Calvo*

7  BRIEN SERS NICHOLAS, Esq.
   Attorney at Law
8  1st Floor, UIU Bldg., San Jose Village
   P.O. Box 502876
9  Saipan, MP 96950
   Telephone No. (670) 235-7190/1
10 Facsimile No. (670) 235-7192

11

12 GLENN K. SATO    2176-0
   Attorney at Law
13 Central Pacific Plaza, Ste. 600
   220 South King Street
14 Honolulu, Hawaii 96813
   Telephone No. (808) 537-1625

15

16 *Attorneys for Defendant JLH Pacific Trust*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, ET AL., | CIVIL CASE NO. 03-0013 |
| Plaintiffs, | |
| v. | NOTICE OF MOTION AND DEFENDANTS AND THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS AND FOR OTHER RELIEF |
| BERT D. MONTGOMERY, ET AL., | |
| Defendants. | Date : February 9, 2006 |
| | Time : 9:00 a.m. |
| | Judge: Alex R. Munson |
| DAVID H. SCHMIDT, ET AL., | |
| Plaintiffs, | |
| v. | |

| | |
|---|---|
| BERT D. MONTGOMERY, ET AL., | ) |
| Defendants, | ) |
| v. | ) |
| UNITED FOREX EXCHANGE, ET AL., | ) |
| Third-Party Defendants. | ) |

COME NOW Defendants and Third-Party Plaintiffs Paul Calvo, Edward Calvo and Thomas JM Calvo, and the JLH Pacific Trust, by and through counsel, and GIVES NOTICE that on February 9, 2006, at 9:00 a.m., or as soon thereafter as the matter may be heard, the Movants will move and hereby do move pursuant to Federal Rules of Civil Procedure 41(a)(2), to dismiss the remainder of this action with prejudice. The Movants will further move and hereby do move that the balance of funds with the Indemnification Trust Account be released in accordance with the settlement agreement and that the Movants be exonerated pursuant to 28 U.S.C. § 1335.

This Motion is supported by the documents already on file with this Court, a Memorandum in Support, filed herewith, a [Proposed] Order, and any argument to be offered at the hearing of this Motion.

Dated: December 28, 2005.

O'CONNOR BERMAN DOTTS & BANES

*Attorneys for Defendants and Third-Party Plaintiffs Paul Calvo, Edward Calvo and Thomas JM Calvo*

By: _____
MICHAEL W. DOTTS
(Bar ID # F0150)

LAW OFFICE OF BRIEN SERS NICHOLAS

*Attorney for Defendant JLH Pacific Trust*

By: _____
BRIEN SERS NICHOLAS
(Bar ID #F0163)

*K:\George Hasselback\Cases\1000-03 Calvos\1000-03-051222-PL-NoticeMot2Dismiss.doc*