BRIEN SERS NICHOLAS, ESQ.
Attorney At Law
1st Floor, UIU Bldg., San Jose Village
P.O. Box 502876
Saipan, MP 96950
Telephone Nos: (670)235-7190/1
Facsimile No: (670)235-7192

GLENN K. SATO    2176-0
Attorney At Law
Central Pacific Plaza, Ste. 600
220 South King Street
Honolulu, Hawaii   96813
Telephone No. (808) 537-1625

Attorneys for Defendant
    JLH PACIFIC TRUST

F I L E D
Clerk
District Court

JAN - 6 2006

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, et al., | CIVIL ACTION NO. CV 03-0013 |
| Plaintiffs, | |
| v. | |
| BERT MONTGOMERY, et al., | |
| Defendants. | |
| DAVID H. SCHMIDT, et al., | PROOF OF PUBLICATION OF SERVICE OF PROCESS UPON THIRD-PARTY DEFENDANTS JOSE CABRERA AND MERCEDES CABRERA |
| Plaintiffs, | |
| v. | |
| BERT DOUGLAS MONTGOMERY, et al. | |
| Defendants, | |
| v. | |
| UNITED FOREX INVESTORS, et al., | |
| Third-Party Defendants. | |

1  Comes now, JLH PACIFIC TRUST, by and through its attorneys, Brien Sers
2  Nicholas, Attorney At Law, and Glenn K. Sato, Attorney At Law, for submission of Proof of
3  Publication of Service of Process upon <u>Third-Party Defendants Jose Cabrera and Mercedes Cabrera</u>
4  attached hereto.
5  Dated this ___6th___ day of January, 2006, on Saipan, CNMI.

**BRIEN SERS NICHOLAS (F0163)**
**GLENN K. SATO (2176-0)**

Attorneys for JLH PACIFIC TRUST

# Santa Monica Daily Press

1427 Third Street Promenade, Suite 202
Santa Monica, California 90401

Mail to:
**Grent Ito**
**Glenn K. Sato, Attorney at Law**
**220 S. King St., Suite 600**
**Honolulu, HI 96813**

# Proof of Publication
(2015.5 C.C.P.)

Proof of Publication of

## STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

I am a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the representative of the printer and the publisher of the Santa Monica Daily Press, a daily newspaper printed and published in the English language in the County of Los Angeles and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of Los Angeles, State of California, under the date of March 17, 2004, Case No.BS087128. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

11/30/2005, 12/07/2005, 12/14/2005

Executed on this 19th day of December, 2005 at Santa Monica, California.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.



X _____
              Signature

---

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS
SUMMONS

TO: JOSE CABRERA and MERCEDES CABRERA

Pursuant to a March 23, 2004 Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication, YOU ARE HEREBY NOTIFIED THAT Defendant JLH PACIFIC TRUST has filed a First Amended Counterclaim, Crossclaim and Third-Party Complaint in Civil Case No. CV 03-0013 for determination of your right, title and interest to certain interplead funds together with such other relief as the Court deems just.

YOU ARE HEREBY SUMMONED and required to serve upon JLH PACIFIC TRUST'S Attorney:

BRIEN SERS NICHOLAS
1st Floor, UIU Building
San Jose Village
Saipan, MP 96950

an answer to the First Amended Counterclaim, Crossclaim and Third-Party Complaint within twenty (20) days after the date of this published notice. If you fail to do so, judgment by default will be taken against you for the relief demanded in the First Amended Counterclaim, Crossclaim and Third-Party Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Publication of Summons ordered by Judge Alex R. Munson pursuant to Order Setting Status Conference, Mediation and Settlement Conference, and Allowing Service by Publication date March 23, 2004.

Santa Monica Daily Press to publish 11/30/2005, 12/07/2005, 12/14/2005