F I L E D
Clerk
District Court

JAN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 | **BRIEN SERS NICHOLAS**
  | Attorney at Law
2 | 1ST Floor, UIU Bldg., San Jose Village
  | P.O. Box 502876
3 | Saipan, MP 96950
  | Telephone Nos.: (670) 235-7190/1
4 | Facsimile No. (670)235-7192

5

6 | **GLENN K. SATO    2176-0**
  | Attorney At Law
  | Central Pacific Plaza, Ste. 600
7 | 220 South King Street
  | Honolulu, Hawaii   96813
8 | Telephone No. (808) 537-1625

9 | Attorneys for Defendant
  |    JLH PACIFIC TRUST
10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, *et al.*, | CIVIL ACTION NO. CV 03-0013 |
| Plaintiffs, | |
| v. | |
| BERT MONTGOMERY, *et al.*, | |
| Defendants. | **JLH PACIFIC TRUST'S EX PARTE REQUEST TO CLERK FOR ENTRY OF DEFAULT OF THIRD-PARTY DEFENDANTS JOSE CABRERA AND MERCEDES CABRERA** |
| DAVID H. SCHMIDT, *et al.*, | |
| Plaintiffs, | |
| v. | |
| BERT DOUGLAS MONTGOMERY, *et al.* | |
| Defendants, | |
| v. | |
| UNITED FOREX INVESTORS, *et al.*, | |
| Third-Party Defendants. | |

**JLH PACIFIC TRUST'S EX PARTE REQUEST TO CLERK FOR ENTRY OF DEFAULT OF THIRD-PARTY DEFENDANTS JOSE CABRERA AND MERCEDES CABRERA**

JLH PACIFIC TRUST ("JLH"), by and through its attorneys, Brien Sers Nicholas, Attorney At Law and Glenn K. Sato, Attorney At Law, hereby requests that the Clerk

1

of the above entitled Court to enter the default of Defendants Jose Cabrera and Mercedes Cabrera for failure to plead in response to or otherwise defend against JLH's Third-Party Complaint filed herein on September 2, 2003, as more fully set forth in the attached Affidavit.

This request is made pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Declaration of Brien Sers Nicholas attached hereto and made a part hereof, and the records and files herein.

DATED this 6th day of January, 2006, on Saipan, CNMI.

_____
BRIEN SERS NICHOLAS (F0163)
GLENN K. SATO (2176-0)
Attorneys for JLH PACIFIC TRUST