**GLENN K. SATO**   2176-0
Attorney At Law
Central Pacific Plaza, Ste. 600
220 South King Street
Honolulu, Hawaii 96813
Telephone No. (808) 537-1625

**BRIEN SERS NICHOLAS**
Attorney at Law
1ST Floor, UIU Bldg., San Jose Village
P.O. Box 502876
Saipan, MP 96950
Telephone Nos.: (670) 235-7190/1
Facsimile No. (670)235-7192

Attorneys for Defendant
   JLH PACIFIC TRUST

FILED
Clerk
District Court

JAN -6 2006

For The Northern Mariana Islands
By_____
   (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, *et al.*, | CIVIL ACTION NO. CV 03-0013 |
| Plaintiffs, v. | |
| BERT MONTGOMERY, *et al.*, | |
| Defendants. | **AFFIDAVIT OF**<br>**BRIEN SERS NICHOLAS** |
| DAVID H. SCHMIDT, *et al.*, | |
| Plaintiffs, v. | |
| BERT DOUGLAS MONTGOMERY, *et al.* | |
| Defendants, v. | |
| UNITED FOREX INVESTORS, *et al.*, | |
| Third-Party Defendants. | |

### AFFIDAVIT OF BRIEN SERS NICHOLAS

BRIEN SERS NICHOLAS, being first duly sworn on oath, deposes and says:

1.   Affiant is duly licensed to practice law in the United States District Court for the District of the Northern Mariana Islands and is the attorney for JLH Pacific Trust

1. ("Trust") in the above entitled action, and makes this Affidavit in support of the Trust's Ex Parte Request to Clerk for Entry of Default against Defendants Jose Cabrera and Mercedes Cabrera ("Defendants").

2. JLH's Third-Party Complaint filed herein on September 2, 2003, was served by publication upon Defendants as set forth in Proof of Publication of Service of Process Upon Third-Party Complaint filed on January 6, 2006.

3. In accordance with Rule 12(a), Federal Rules of Civil Procedure, Defendants are required answer or otherwise respond by January 4, 2006.

4. Defendants have failed to plead or otherwise defend.

5. Defendants are not an infant, incompetent person, nor is he in the military service of the United States.

Further Affiant sayeth naught.

_____
BRIEN SERS NICHOLAS  (CNMI Bar #F0163)

Subscribed and sworn to before me this 6th day of January, 2006.

_____
Notary Public

**ROSEMARIE I. LAZARO**
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: 8/25/2007

2