F I L E D
Clerk
District Court

JAN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**BRIEN SERS NICHOLAS**
Attorney at Law
1ST Floor, UIU Bldg., San Jose Village
P.O. Box 502876
Saipan, MP 96950
Telephone Nos.: (670) 235-7190/1
Facsimile No. (670)235-7192

**GLENN K. SATO    2176-0**
Attorney At Law
Central Pacific Plaza, Ste. 600
220 South King Street
Honolulu, Hawaii  96813
Telephone No. (808) 537-1625

Attorneys for Defendant
JLH PACIFIC TRUST

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, et al., | CIVIL ACTION NO. CV 03-0013 |
| Plaintiffs, | |
| v. | |
| BERT MONTGOMERY, et al., | |
| Defendants. | ENTRY OF DEFAULT OF THIRD-PARTY DEFENDANTS JOSE CABRERA AND MERCEDES CABRERA |
| DAVID H. SCHMIDT, et al., | |
| Plaintiffs, | |
| v. | |
| BERT DOUGLAS MONTGOMERY, et al. | |
| Defendants, | |
| v. | |
| UNITED FOREX INVESTORS, et al., | |
| Third-Party Defendants. | |

### ENTRY OF DEFAULT OF THIRD-PARTY DEFENDANTS JOSE CABRERA AND MERCEDES CABRERA

It appearing that Defendants Jose Cabrera and Mercedes Cabrera are in default for failure to plead or otherwise defend as required by law,

1

1 |     DEFAULT IS HEREBY ENTERED as against Defendants Jose Cabrera and
2 | Mercedes Cabrera this _9th_ day of January, 2006.

 

                                                          *[signature]*
                                                   GALO L. PEREZ
                                                   Clerk of Court
                                                   U.S. District Court

**RECEIVED**

JAN − 6 2006

Clerk
District Court
For The Northern Mariana Islands

2