FILED
Clerk
District Court

FEB -9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CV-03-0013                                      February 9, 2006
                                                9:00 a.m.

**PATTI C. BALLONE, et al -vs- BERT DOUGLAS MONTGOMERY, et al**

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Douglas Cushnie, Attorney for Plaintiff
            Timothy Bellas, Schmidt Plaintiffs
            Michael Dotts, Attorney for Defendants
            Brien Nicholas, Attorney for Defendants

ROCEEDINGS:   MOTION TO DISMISS/MOTION TO RELEASE FUNDS AND EXONERATE MOVANTS

Plaintiffs were represented in court by Attorney Timothy Bellas. Attorneys Dotts and Nicholas were present on behalf of Defendants.

Court, after hearing all argument, GRANTED the motion.

Adjourned 9:05 a.m.

K. Lynn Lemieux, Courtroom Deputy