ORIGINAL

Clerk
District Court

FEB -9 2006

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

1  **MICHAEL W. DOTTS, Esq.**
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
4  Telephone No. (670) 234-5684
   Facsimile No. (670) 234-5683
5
6  *Attorney for Defendants Paul Calvo, Edward Calvo and Thomas JM Calvo*
7  **BRIEN SERS NICHOLAS, Esq.**
   **Attorney at Law**
8  1st Floor, UIU Bldg., San Jose Village
   P.O. Box 502876
9  Saipan, MP 96950
10 Telephone No. (670) 235-7190/1
   Facsimile No. (670) 235-7192
11
12 **GLENN K. SATO    2176-0**
   **Attorney at Law**
13 Central Pacific Plaza, Ste. 600
   220 South King Street
14 Honolulu, Hawaii 96813
   Telephone No. (808) 537-1625
15
16 *Attorneys for Defendant JLH Pacific Trust*

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PATTI C. BALLONE, ET AL., | CIVIL CASE NO. 03-0013 |
| Plaintiffs, | *GRM* |
| v. | [PROPOSED] ORDER GRANTING DEFENDANTS AND THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS AND FOR OTHER RELIEF |
| BERT D. MONTGOMERY, ET AL., | |
| Defendants. | Date : February 9, 2006 |
| | Time : 9:00 a.m. |
| DAVID H. SCHMIDT, ET AL., | Judge: Alex R. Munson |
| Plaintiffs, | |
| v. | |

| | |
|---|---|
| BERT D. MONTGOMERY, ET AL., | ) |
| Defendants, | ) |
| v. | ) |
| UNITED FOREX EXCHANGE, ET AL., | ) |
| Third-Party Defendants. | ) |

Pursuant to the Motion to Dismiss filed by Defendants and Third-Party Plaintiffs Paul Calvo, Edward Calvo and Thomas JM Calvo ("the Calvos"), and JLH Pacific Trust ("the Trust"), the settlement agreement reached by all parties appearing in this matter, the pleadings and the other papers on file and the applicable law, the Court ORDERS as follows:

This action is hereby dismissed with prejudice. The remaining funds in the Indemnification Trust Account are ordered released in accordance with the terms of the settlement agreement. Furthermore, the Calvos and the Trust are exonerated pursuant to 28 U.S.C. § 1335 as against any and all claims related to the funds interplead in this suit. Each party shall bear its own fees and costs. This Court retains jurisdiction in this case to enforce the terms and conditions of the settlement agreement reached between the parties.

Dated: February __9__, 2006.

RECEIVED

DEC 28 2005

Clerk
District Court
For The Northern Mariana Islands

_____
Alex R. Munson, Judge

K:\George Hasselback\Cases\1000-03 Calvos\1000-03-051222-PL-OrderMot2Dismiss.doc